```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                              PROCEEDING UNDER CHAPTER 13
                                    CASE NO.: 09-26536-BKC-LMI
RALPH CEBALLOS

         DEBTOR(S)
_____/

                     NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent in Confirmed Chapter 13 Plan Payments in the amount of $ 587.20 .

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan <u>including any payments that become due within the forty-five (45) day period</u>, in the form of a money order or cashier's check only.  Payments must be sent to:

P.O. Box 2099, Memphis, TN 38101-2099

If the Trustee does not receive all payments by December 9, 2010 to bring the Debtor totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Delinquency was mailed to those parties on the attached service list on October 20, 2010  .

```
                         NANCY N. HERKERT, ESQUIRE
                         STANDING CHAPTER 13 TRUSTEE
                         POST OFFICE BOX 279806
                         MIRAMAR, FL  33027-9806
                         TELEPHONE: (954) 443-4402
                         Fla. Bar No. 441856


                    By:  /s_____
                         NANCY N. HERKERT, ESQUIRE
```

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
RALPH CEBALLOS
15441 SW 137 AVE
MIAMI, FL  33177

**Attorney for Debtor(s)**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431